# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| The Real Estate Company, Inc., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> The Real Estate Company of Detroit Lakes ) <br> Inc., ) <br> ) <br> Defendant. ) | **ORDER RE ADMISSION** <br> **PRO HAC VICE** <br><br><br><br> Case No. 1:14-cv-110 |

Before the court are motions for attorneys Jessie L. Pellant and George G. Matava to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Jessie L. Pellant and George G. Matava have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 3 and 4) are **GRANTED**. Attorneys Jessie L. Pellant and George G. Matava are admitted to practice before this court in the above-entitled action on plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 26th day of September, 2014.

                                         */s/ Charles S. Miller, Jr.*
                                         Charles S. Miller, Jr.
                                         United States Magistrate Judge